

**U.S. Department of Justice**

*Joshua S. Levy*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley*
*United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

December 9, 2024

Timothy Goulden
Kurt Olson
Goulden Law Offices
253 Main Street
Nashua, NH 03060

      Re:    KBC Capital, LLC

Dear Tim and Kurt

      Reference is made to the plea agreement dated July 31, 2024. Pursuant to Paragraph 11 of that agreement, the payment schedule Paragraph 5 is amended to require payment as follows:

      Due by December 31, 2024: $21,666.67
      Due by March 31, 2025: $21,666.67
      Due by June 30, 2025: $21,666.67
      Due by September 30, 2025: $21,666.67
      Due by December 31, 2025: $21,666.67
      Due by March 31, 2026: $21,666.67
      Due by June 30, 2026: $21,666.66
      Due by September 30, 2026: $21,666.66
      Due by December 31, 2026: $21,666.66
      Due by March 31, 2027: $21,666.66
      Due by June 30, 2027: $21,666.66
      Due by September 30, 2027: $21,666.66

JOSHUA S. LEVY
United States Attorney

Dated: December 12, 2024      By:    _____   Digitally signed by EVAN PANICH
                                                    Date: 2024.12.12 08:49:06 -05'00'

EVAN D. PANICH
Assistant United States Attorney

X.3.

XIAOZHONG ZHANG
President
KBC Capital, LLC


/s/ Kurt S. Olson

Timothy Goulden, Esq.
Kurt Olson, Esq.
Attorneys for KBC Capital, LLC